CONSTITUTION PUBLISHING COMPANY v. WOOD.

This case came before the Supreme Court on a writ of certiorari to the Court of Appeals. The court being equally divided in opinion, Russell, C. J., Atkinson, P. J., and Jenkins, J., being of the opinion that the judgment of the Court of Appeals should be reversed; and Bell, Grice, and Duckworth, JJ., being of the contrary opinion, the judgment of the Court of Appeals is affirmed by operation of law.

No. 12287. NOVEMBER 25, 1938. REHEARING DENIED DECEMBER 8, 1938.

*Howell & Post,* for plaintiff in error.
*Clint W. Hager, J. F. Kemp,* and *Carl N. & Frank T. Davie,* contra.